Arthur O. ARMSTRONG,
Plaintiff–Appellant,

v.

UNITED STATES of America,
Defendant–Appellee.

No. 01–1313.

United States Court of Appeals,
Fourth Circuit.

Submitted May 3, 2001.

Decided May 17, 2001.

Arthur O. Armstrong, pro se.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Arthur O. Armstrong appeals a district court order dismissing his motion for leave to file a lawsuit. We have reviewed the record and the district court order and find no error. Accordingly, we deny Armstrong's motion for leave to proceed in forma pauperis and dismiss the appeal as frivolous. We further deny Armstrong's motion for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*